# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEFANIE BEVARD, | : Case No. 3:20-cv-219 |
| Plaintiff, | : Magistrate Judge Sharon L. Ovington |
| | : (by full consent of the parties) |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. No. 12). The parties agree that this matter should be remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion to Remand to the Commissioner (Doc. No. 12) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. §

    405(g), for further consideration consistent with this Decision and Entry and the parties' motion; and

4.  The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

March 16, 2021             *s/Sharon L. Ovington*
                        Sharon L. Ovington
                        United States Magistrate Judge